Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
fyu@reedsmith.com
Amir Shlesinger (SBN 204132)
ashlesinger@reedsmith.com
Janet M. Lee (SBN 251518)
jmlee@reedsmith.com
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:    213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendant
FIA Card Services, N.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE KNELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC., AND FIA CARD SERVICES, N.A.,<br><br>Defendants. | Case No.: 12-CV-00426 AJB(WVG)<br><br>**CLASS ACTION**<br><br>**DEFENDANT FIA CARD SERVICES, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Honorable Anthony J. Battaglia<br><br>Date:      November 30, 2012<br>Time:      1:30 p.m.<br>Location: Courtroom 12<br><br>[Filed concurrently with Memorandum of Points and Authorities in support of Motion to Dismiss, Request For Judicial Notice, Order, and Notice of Party with Financial Interest] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 30, 2012, or as soon thereafter as the parties may be heard in Courtroom 12 of the above-entitled Court, located at 880 Front Street, San Diego, CA 92101, defendant FIA Card Services, N.A. ("FIA"), will and hereby does move pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing all claims alleged against it in the First Amended Complaint ("FAC") of plaintiff Katie Knell ("plaintiff") for failure to state a claim upon which relief can be granted.

The 12(b)(6) motion to dismiss is brought on the following grounds:

- Plaintiffs' entire FAC and each claim therein fail because Plaintiff does not allege any facts to state a claim against FIA;
- Plaintiff's first cause of action for violation of Penal Code Section 630 *et seq.* fails as a matter of law because Plaintiff did not have a reasonable expectation of privacy in her telephone conversations with FIA and the statute specifically exempts the type of call that took place in this case;
- Plaintiff's second cause of action for Invasion of Privacy fails as a matter of law because Plaintiff does not allege how FIA engaged in any "highly offensive" intrusion into her privacy;
- Plaintiff's third cause of action for negligence fails because Plaintiff does not allege what duty of care FIA owed to Plaintiff or how FIA allegedly breached any duty.

///
///
///
///
///
///
///

- 1 -
NOTICE OF MOTION AND MOTION TO DISMISS

1  This motion is based on this Notice of Motion and Motion to Dismiss, the Memorandum of
2  Points and Authorities in support thereof and Request For Judicial Notice filed concurrently
3  herewith, the pleadings and papers on file in this action, and upon such other matters as may be
4  presented to the Court at the time of the hearing.

6  DATED: September 28, 2012.                REED SMITH LLP

8  By___/s/ Janet M. Lee_____
       Abraham J. Colman (SBN 146933)
       Felicia Y. Yu (SBN 193316)
       Amir Shlesinger (SBN 204132)
       Janet M. Lee (SBN 251518)
       Attorneys for Defendant
       FIA Card Services, N.A.