UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE KNELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                  Plaintiff,<br>v.<br>FIA CARD SERVICES, N.A., et al.,<br>                  Defendants. | Case No. 12cv426 AJB (WVG)<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES; COSTS; AND, INCENTIVE AWARD FOR PLAINTIFFS<br><br>[Doc. No. 70] |

Presently before the Court is Plaintiffs' Motion for Award of Attorneys' Fees; Costs; and, Incentive Award for Plaintiffs. Following review of this unopposed Motion, and for good cause, this Court hereby GRANTS Plaintiffs' Motion as follows:

    1.    Pursuant to the terms of the Settlement Agreement, Plaintiffs KATIE KNELL; and, ABDULLAH BYANOONI ("Plaintiffs") shall receive an incentive fee in the amount of $5,000.00 each.

    2.    The Court awards $13,307.79 for litigation costs to Class Counsel, including Abbas Kazerounian; Joshua B. Swigart; and, Anthony J. Orshansky. The Court finds that the award of litigation costs is both fair and reasonable.

///

3. Defendant FIA CARD SERVICES, N.A. shall pay the additional amount of $687,500.00 directly to Class Counsel Abbas Kazerounian; Joshua B. Swigart; and, Anthony J. Orshansky as class counsel's attorneys' fees. The Court finds that the requested amount of fees awarded is fair and reasonable under both a percentage basis analysis and the lodestar/multiplier approach.

IT IS SO ORDERED.

DATED: August 15, 2014

_____
Hon. Anthony J. Battaglia
U.S. District Judge